THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CATHERINE SLAVISH, et al. | : |
| Plaintiffs | : |
| v. | : 3:17-CV-1468 |
| | : (JUDGE MARIANI) |
| CITY OF WILKES-BARRE, PENNSYLVANIA HOUSING AUTHORITY and DONNA KOZAK | : |
| Defendants | : |

## ORDER

AND NOW, THIS ____ DAY OF OCTOBER, 2018, upon *de novo* review of Magistrate Judge Carlson's Report and Recommendation ("R&R") (Doc. 48), **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 48) is **ADOPTED** for the reasons stated therein as well as those set forth in the accompanying memorandum opinion.

2. Defendant Donna Kozak's Objections (Docs. 49, 50) are **OVERRULED** for the reasons set forth in the accompanying memorandum opinion.

3. Defendant City of Wilkes-Barre, Pennsylvania Housing Authority's Objections (Docs. 51, 52) are **OVERRULED** for the reasons set forth in the accompanying memorandum opinion.

4. Defendant City of Wilkes-Barre, Pennsylvania Housing Authority's Motion to Dismiss (Doc. 17) is **DENIED**.

5. Defendant Donna Kozak's Motion to Dismiss (Doc. 27) is **GRANTED IN PART AND DENIED IN PART AS FOLLOWS:**

   a. Plaintiffs' Substantive Due Process claims are **DISMISSED WITHOUT PREJUDICE**.

   b. Defendant Kozak's Motion to Dismiss is **DENIED** in all other respects.

6. Plaintiffs are **HEREBY GRANTED 21 days from the date of this Order** to file an Amended Complaint.

Robert D. Mariani
United States District Judge